[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14078
_____

D.C. Docket No. 8:12-cv-00822-JSM-TGW


JENNIFER LACOGNATA,
Individually and on behalf of all others similarly situated,
JOSEPH LACOGNATA,
her husband, Individually and on behalf of all others similarly situated,

Plaintiffs - Appellants,

versus

HOSPIRA, INC.,

Defendant - Appellee.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____
(June 7, 2013)

Before CARNES and WILSON, Circuit Judges, and HUCK,[*] District Judge.

PER CURIAM:

---

[*] Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.

Jennifer Lacognata appeals the district court's dismissal with prejudice of her complaint.  She contends that the district court erred when it concluded that she failed to state a claim upon which relief can be granted.  Having carefully considered the record and the parties' briefs and having heard oral argument, we **AFFIRM** based on the reasons stated in the district court's order, <u>Lacognata v. Hospira, Inc.</u>, 2012 WL 6962884 (M.D.Fla. July 2, 2012).

.